FILED

2026 MAR 13 AM 11: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____ GSA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

PLAINTIFF(S)

v.

JOSHUA ROBERT LINK

DEFENDANT(S).

CASE NUMBER **MJ 26-01473**

### DECLARATION RE
### OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: ARREST WARRANT
in the NORTHERN _____ District of TEXAS _____ on 3/11/26
at 1000 _____ ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about JANUARY 2024
in violation of Title 18 _____ U.S.C., Section(s) 1343
to wit: _____

A warrant for defendant's arrest was issued by: KAREN MITCHELL

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 3/13/26 _____
Date

*Kendall Jenkins*
Signature of Agent

K.JENKINS
Print Name of Agent

Agency

Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT