Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2026 MAR 13  AM 11: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | MJ 26-01473 |
| V. | | |
| JOSHUA ROBERT LINK | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 47272-512 | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 03-12-26 _____ at 3:00 ____ ☐ AM ☒ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes    ☐ No

4. Charges under which defendant has been booked:

   18 USC 1343-FRAUD BY WIRE

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☒ No    ☐ Yes    Language: _____

7. Year of Birth: 1993

8. Defendant has retained counsel:    ☒ No
   ☐ Yes    Name: _____    Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): _____

11. Name: K.JENKINS _____ (please print)

12. Office Phone Number: 213-620-7676

13. Agency: USMS

14. Signature: *Kendall Jenkins*

15. Date: 03-13-26

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION